NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREATBATCH LTD.,**

*Plaintiff-Cross-Appellant*

**v.**

**AVX CORPORATION, AVX FILTERS CORPORATION,**

*Defendants-Appellants*

---

2019-2314, 2020-1225

---

Appeals from the United States District Court for the District of Delaware in No. 1:13-cv-00723-LPS, Chief Judge Leonard P. Stark.

---

## JUDGMENT

---

JAMES RAYMOND MULDOON, Harris Beach PLLC, Syracuse, NY, argued for plaintiff-cross-appellant.  Also represented by NEAL SLIFKIN, LAURA SMALLEY, Pittsford, NY.

HEATHER B. REPICKY, Nutter McClennen & Fish LLP, Boston, MA, argued for defendants-appellants.  Also represented by RONALD E. CAHILL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 14, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court